IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00766-WYD-MEH

KATHERINE BECKLEY,

    Plaintiffs,

v.

ANDREW A. SKARUPA,

    Defendant.

---

### MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 6, 2015.**

    The "Stipulated Motion for Protective Order" [filed October 5, 2015; docket #27] is actually a proposed order that seeks no relief and, thus, is **denied as moot**.  *See* Fed. R. Civ. P. 7(b)(1).