IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00766-WYD-MEH

KATHERINE BECKLEY,

    Plaintiffs,

v.

ANDREW A. SKARUPA,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 7, 2015.**

    The Joint Motion for Entry of Stipulated Protective Order [filed October 6, 2015; docket #30] is **granted**. The parties' proposed Stipulated Protective Order is accepted and filed contemporaneously with this minute order.