IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   15-cv-00766-WYD-MEH

KATHERINE BECKLEY,

    Plaintiff,

v.

ANDREW A. SKARUPA,

    Defendant.

_____

FINAL JUDGMENT
_____

    Pursuant to and in accordance with the Order on Motion to Dismiss, filed on February 1, 2016 by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is

    ORDERED that judgment is hereby entered in favor of defendant, Andrew A. Skarupa, and against plaintiff, Katherine Beckley, on Defendant's Motion to Dismiss Plaintiff's Amended Complaint [ECF Doc. No. 16].

    ORDERED that plaintiff's complaint and action are dismissed with prejudice.  It is further

    ORDERED that Defendant shall have its by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 1st day of February, 2016.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*/s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk